AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00630 |
| Landon Bryce Mitchell | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 10/19/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Landon Bryce Mitchell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(A) - Entering and Remaining on the Floor of Either House of Congress;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 10/19/2021

2021.10.19 17:44:22 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/19/2021, and the person was arrested on *(date)* 10/20/2021
at *(city and state)* Arlington, VA.

Date: 10/20/2021

*Arresting officer's signature*

John King, Special Agent
*Printed name and title*