# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Cr. No. 21-717 (BAH)** |
| : | |
| **LANDON BRYCE MITCHELL,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

Mr. Landon Mitchell, the defendant, through undersigned counsel, respectfully submits this Notice of Filing. By this Notice, undersigned counsel respectfully submits that there is no objection to this case being joined with Luke Bender, Cr. No. 21-508 (BAH). *See* ECF #26, Gov't Motion to Join.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

___/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500