UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| vs. | : | Case No.: 21-CR-717-(1) BAH |
| LANDON BRYCE MITCHELL | : | |
| Defendant. | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**   Landon Mitchell

**Name and address of appellant's attorney:**   Elizabeth Mullin
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense:** 18 U.S.C. § 1512(c)(2); Tampering with a Witness, Victim or Informant; 18 U.S.C. § 1752(a)(1), (a)(2); Temporary Residence of the President; 40 U.S.C. § 5104(e)(2)(A), (e)(2)(D), (e)(2)(G); Violent Entry and Disorderly Conduct on Capital Grounds

**Concise statement of judgment or order, giving date, and any sentence:**

JUDGMENT (4/20/23): The defendant is sentenced to a concurrent term of twenty-seven (27) months incarceration followed by a concurrent term of thirty-six (36) months of supervised release and ordered to pay a $180.00 special assessment and a $2,000.00 restitution to be disbursed to the Architect of the Capitol.

**Name of institution where now confined, if not on bail:**   Arlington County Detention Center
1425 N. Courthouse Rd.
Arlington, VA 22201

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

| | |
|---|---|
| <u>May 1, 2023</u> | <u>Landon Bryce Mitchell</u> |
| DATE | APPELLANT |
| | |
| CJA, NO FEE <u>    FPD    </u> | <u>A. J. Kramer            </u> |
| PAID USDC FEE <u>   NO   </u> | FEDERAL PUBLIC DEFENDER |
| PAID USCA FEE <u>   NO   </u> | ATTORNEY FOR APPELLANT |

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? No